38201 - 76108 RER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

**NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                                           **Docket No.: 3:14-cv-347**
                                                  **Judge: Reeves/Shirley**

**DONALD MULLINS, KAREN MULLINS,
and MAGNOLIA VILLAS HOMEOWNER
ASSOCIATION, INC.,**

      **Defendants.**

_____

## STIPULATION OF DISMISSAL

Come now the parties, by and through their respective counsel, and stipulate that all claims in controversy regarding this matter have been resolved and that this action should be dismissed with prejudice. Therefore, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice. No party will seek discretionary costs, attorneys' fees, or expenses.

                Respectfully submitted,

                RAINEY, KIZER, REVIERE & BELL, P.L.C.

                By:    s/ Russell E. Reviere_____
                         RUSSELL E. REVIERE , BPR #07166
                         JONATHAN D. STEWART, BPR #023039
                         *Attorneys for Plaintiff*
                         209 E. Main Street
                         P.O. Box 1147
                         Jackson, TN 38302-1147

                      TARPY, COX, FLEISHMAN & LEVEILLE, P.L.L.C

By:    s/ Thomas M. Leveille
        THOMAS M. LEVEILLE, #014395
        LUKE D. DURHAM, #031106
        *Counsel for Magnolia Villas*
        *Homeowners Association, Inc.*
        Landmark Center North Tower, Suite N-290
        Knoxville, Tennessee 37919


KRAMER RAYSON, LLP

By:    s/ Adam G. Russell
        WAYNE R. KRAMER #006144
        ADAM G. RUSSELL #27505
        Attorneys for Donald and Karen Mullins
        P.O. Box 629
        Knoxville, Tennessee 37901-0629